IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00077-W

| | |
|---|---|
| ANNE E. REID-LAMB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| TIME WARNER ENTERTAINMENT ) | |
| COMPANY, LIMITED PARTNERSHIP ) | |
| dba TIME WARNER CABLE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss Defendant's Counterclaims (Doc. No. 12) and Defendant's Motion to Disqualify Plaintiff's Counsel (Doc. No. 20).

For the reasons stated in open court following a hearing on June 29, 2010, Plaintiff's Motion to Dismiss (Doc. No. 12) is GRANTED IN PART as to the conversion and theft claims (Counts Three and Four) and DENIED IN PART as to the claims for breach of contract and civil liability under 18 U.S.C. § 1030 and N.C. Gen. Stat. § 14-458 (Counts One, Two, and Five). Defendant's Motion to Disqualify Counsel (Doc. No. 20) is DENIED.

IT IS SO ORDERED.

Signed: June 29, 2010

Frank D. Whitney
United States District Judge