# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:10-CV-77-FDW-DCK

| | |
|---|---|
| **ANNE E. REID-LAMB,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **TIME WARNER ENTERTAINMENT** ) | |
| **COMPANY, LIMITED PARTNERSHIP,** ) | |
| **d/b/a TIME WARNER CABLE INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the parties' dispute over discovery. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. At Plaintiff's request, and pursuant to Judge Whitney's Standing Order, the undersigned held a telephone conference today in an attempt to help the parties resolve areas of disagreement. The undersigned concludes that there are three main areas of dispute and that with additional consultation the parties may reach a consent resolution to some or all of these issues.

**IT IS, THEREFORE, ORDERED** that the parties shall confer with each other as soon as practicable and attempt to resolve, or at least narrow, the contested discovery issues. The parties shall contact the undersigned's chambers by email, on or before **Tuesday, October 19, 2010 at 5:00 p.m.**, and report with specificity the remaining areas of disputes, if any, and whether the parties seek a follow-up telephone conference regarding these discovery matters.

**SO ORDERED**.

Signed: October 14, 2010

David C. Keesler
United States Magistrate Judge