IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-77-RJC-DCK

| | |
|---|---|
| ANNE E. REID-LAMB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    **ORDER** |
| | ) |
| TIME WARNER ENTERTAINMENT | ) |
| COMPANY, LIMITED PARTNERSHIP, | ) |
| d/b/a TIME WARNER CABLE INC., | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 55) of Sarah T. Thompson, for admission as counsel *pro hac vice* on behalf of Defendant Time Warner Entertainment Company, Limited Partnership filed on June 21, 2011.

Up*o*n review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Thompson is admitted to appear before this court *pro hac vice* on behalf of Defendant Time Warner Entertainment Company, Limited Partnership.

Signed: June 22, 2011

David C. Keesler
United States Magistrate Judge