IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-77-RJC-DCK

| | |
|---|---|
| ANE E. REID-LAMB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TIME WARNER ENTERTAINMENT ) | |
| COMPANY, LIMITED PARTNERSHIP, ) | |
| d/b/a TIME WARNER CABLE INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 56) of Joseph W. Ozmer II, for admission as counsel *pro hac vice* on behalf of Defendant Time Warner Entertainment Company, Limited Partnership filed on June 21, 2011.

Up*o*n review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Ozmer is admitted to appear before this court *pro hac vice* on behalf of Defendant Time Warner Entertainment Company, Limited Partnership.

Signed: June 22, 2011

David C. Keesler
United States Magistrate Judge